No. 01–10514. RICHARDSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10515. GOMEZ-SOLANO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–10517. SCHETTLER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–10518. GIBSON v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 01–10519. GONZALEZ-RIVERA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–10520. TRIBBLE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–10525. TREJO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–10534. MANUEL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–1631. BASS v. E. I. DU PONT DE NEMOURS & CO. C. A. 4th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 01–1632. TEXAS v. McCARTHY. Ct. Crim. App. Tex. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 01–9960. SUAREZ MEDINA v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Motion of petitioner to amend petition for writ of certiorari granted. Certiorari denied.